# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1466. ROCHDALE INSURANCE COMPANY v. MIKE WIGGINS d/b/a EDCO MFG. et al.

After Rochdale Insurance Company failed to appear at a calendar call, the trial court dismissed its case. Rochdale filed a motion to set aside the judgment or for reconsideration, which the trial court denied. Rochdale then filed this direct appeal. We, however, lack jurisdiction.

OCGA § 9-11-60 (d) provides that a judgment may set aside in certain circumstances. To the extent Rochdale sought relief under this provision, it was required to follow the discretionary appeal procedures to obtain appellate review of the trial court's order denying its motion. See OCGA § 5-6-35 (a) (8); *Arrowhead Alternator v. CIT Communications Finance Corp.*, 268 Ga. App. 464, 466 (602 SE2d 231) (2004).

Alternatively, to the extent Rochdale's motion may be construed as a motion for reconsideration, the trial court's order denying the motion would not be subject to appellate review. See *Bell v. Cohran*, 244 Ga. App. 510 (536 SE2d 187) (2000). For these reasons, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/12/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.